IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

PEDRO CANTERO BONILLA,

     Appellant,

  v.

     Case No.  5D21-1483
     LT Case No. 2015-CF-012739-A-O

STATE OF FLORIDA,

     Appellee.
_____/

Decision filed November 29, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Luis Fernando Calderon, Judge.

Pedro Cantero Bonilla, Lake City,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Pamela J. Koller,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

    AFFIRMED.


SASSO, NARDELLA and WOZNIAK, JJ., concur.